UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 22-cv-00484-CEM-GJK

Roberto Cruz
and other similarly
situated individuals,

    Plaintiff(s),

v.

MFT Trucking LLC,
and Roberto J. Meloni

    Defendants,
_____/

## JOINT SETTLEMENT REPORT

COMES NOW, Plaintiff and Defendants, by and through their respective counsel, and pursuant to this Court's Order dated April 28, 2022, [D.E. 15], hereby file this Joint Settlement Report. As grounds thereof, the parties state as follows:

The parties wish to engage in a formal mediation conference before mediator Mark Hanley, Esq within the next 30 days.

Dated: July 27, 2022

Respectfully submitted,

| | |
|---|---|
| Zandro E. Palma, Esq.<br>The Law Offices of Zandro E. Palma PA<br>9100 S. Dadeland Blvd, Suite 1500,<br>Miami, Florida, 33156<br>Telephone: 305-446-1500<br>Fax: 305-446-1502<br><br>By: */s/ Zandro E. Palma*<br>Zandro E. Palma, Esq.<br>Florida Bar No.: 24031<br>E-mail: zep@thepalmalawgroup.com<br>*Attorney for Plaintiff* | LAW OFFICES OF NOLAN KLEIN<br>*Attorneys for Defendants*<br>633 S. Andrews Ave., Ste. 500<br>Fort Lauderdale, FL 33301<br>PH: (954) 745-0588<br><br>By: */s/ Nolan Klein*<br>NOLAN KLEIN, ESQ.<br>Florida Bar No. 647977<br>klein@nklegal.com<br>amy@nklegal.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 27, 2022 I electronically filed this Notice with the Clerk of the Court using CM/ECF and that a copy of the foregoing document also was served via transmission of Notice of Electronic Filing upon the parties listed below.

By:  **/s/ Zandro E. Palma**
Zandro E. Palma, Esq.
Florida Bar No.: 0024031